In the Matter of the Administration of the Estate of FRANK H. CILLEY, Deceased.

HARRY E. CILLEY, Appellant; WALTER S. BARKER et al., as Executors of and Trustees under the Will of FRANK H. CILLEY, Deceased, et al., Respondents.

*Matter of Cilley*, 129 App. Div. 895, affirmed.
(Argued April 26, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1908, which affirmed a decree of the Kings County Surrogate's Court denying an application for letters of administration.

*Louis Sturcke* for appellant.

*Alfred B. White* and *William G. McKnight* for respondents.

Order affirmed, with costs; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ. Absent: CULLEN, Ch. J.

---

In the Matter of the Probate of the Will of JACOB EIDT, JR., Deceased.

CHARLES W. EIDT, Appellant; MARGARET EIDT et al., Respondents.

*Matter of Eidt*, 130 App, Div. 876, affirmed.
(Argued April 26, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1909, which affirmed a decree of the New York County Surrogate's Court admitting to probate an instrument propounded as the last will of Jacob Eidt, Jr., deceased.